Jesse R. LANCE, Plaintiff—Appellant,

v.

May Alice WILLIAMS; Deputy Porter; James Beckett; Diana Beckett, Defendants—Appellees.

No. 04–1066.

United States Court of Appeals, Fourth Circuit.

Submitted April 15, 2004.

Decided April 22, 2004.

Jesse R. Lance, Appellant pro se.

William Walter Doar, Jr., McNair Law Firm, P.A., Georgetown, South Carolina, for Appellees.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Jesse R. Lance appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Lance v. Williams,* No. CA–02–1316–2 (D.S.C. Nov. 24, 2003). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*